UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

EUCLIDES F. MARTINS
Petitioner

VS

JAMES JOHNSTON, et al,
Respondent

Civil Action No. 03-12631 (GAO)

Agency No. A42-379-446

## NOTICE OF APPEAL

Please take notice, that Petitioner, Euclides F. Martins, hereby appeals from the Memorandum Order of Transfer rendered on the 30th day of December 2003 by Honorable Judge O'Toole Jr. [See attached copy of Memorandum Order].

Petitioner request for a stay of Deportation, under the "All Writ Act" to preserve the Court of Appeals jurisdiction. See <u>Michael v. INS</u>, 48 f. 3d. 657, 661 (2nd Cir. 1995).

Petitioner also request for 'Certification' to appeal this Interlocutory Order. See <u>Michael</u>, supra, [ holding that "Transfer Order is not appealable but by 'Certification or via a Mandamus"]

Dated: January 23, 2004

Respectfully submitted,

Euclides F. Martins
Petitioner, Pro Se
Alien No. A42-379-446
CPCF #1
26356 Highway 15
Ferriday, LA. 71334