UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK

---

**EUCLIDES F. MARTINS,**
    **Petitioner,**

-vs.-                                Civil Action No. 03-12631
                                     Agency No. A42-379-446

**JAMES M. JOHNSTON, ET. AL,**
    **Respondents,**

---

NOTICE OF ADDRESS CHANGE AND
REQUEST FOR CASE STATUS/DOCKET SHEET

---

Petitioner, Eulides F. Martins, Pro-Se, hereby notifies this Honorable Court

Of his transfer to a new facility, and respectfully moves this Honorable

Court to change his address in the Court's record to the one noted below:

Euclides F. Martins, #A42-379-446
Pine Prairie Correctional Center
P.O. Box 650
Pine Prairie, LA. 70576.

Further, prior to the Petitioner's transfer, he filed a Notice of Appeal with

The Court from the Order of December 30, 2003, transferring his case

To the Western District of Louisiana. (See Attached "Notice of Appeal").

Petitioner will like the Court to advise him of the status of his appeal, and

provide him with an updated docket sheet for the above styled case.

Dated: March 20 2004.                              Respectfully Submitted,

*Euclides F. Martins*
Euclides F. Martins,
#A42-379-446
P.P.C.C. / P.O. Box 650
Pine Prairie, LA. 70576

## CERTIFICATE OF SERVICE

I certify that I have served a true and correct copy of the foregoing on the opposing parties via U.S. Postal Service, Postage, Prepaid, Properly affixed and addressed to:

United States Attorney's Office
For the District of Massachusetts
C/o Office of the Clerk
1 Courthouse Way,
Boston, MA. 02210

On this 20 day of March 2004.

*Euclides F. Martins*
Euclides F. Martins