# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

---

**EUCLIDES F. MARTINS**
        Petitioner                                          Civil Action No. 03-12631 (GAO)

        VS                                                  Agency No. A42-379-446

**JAMES JOHNSTON, et al,**
        Respondent

---

## NOTICE OF APPEAL

---

Please take notice, that Petitioner, Euclides F. Martins, hereby appeals from the Memorandum Order of Transfer rendered on the 30th day of December 2003 by Honorable Judge O'Toole Jr. [**See attached copy of Memorandum Order**].

Petitioner request for a stay of Deportation, under the "All Writ Act" to preserve the Court of Appeals jurisdiction. See **Michael v. INS, 48 f. 3d. 657, 661 (2nd Cir. 1995).**

Petitioner also request for 'Certification' to appeal this Interlocutory Order. See **Michael**, supra, [ **holding that "Transfer Order is not appealable but by 'Certification or via a Mandamus"**]

Respectfully submitted,

Euclides F. Martins
Alien No. A42-379-446
CPCF #1
25356 Highway 15
Ferriday, LA. 71334