03-12631
USDC, MA
O'Toole, J.

# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 04-1680

EUCLIDES F. MARTIN

Petitioner - Appellant

v.

JAMES JOHNSTON, New Orleans, US Immigration & Naturalization Services; IMMIGRATION AND NATURALIZATION SERVICE, Oakdale, Louisiana

Respondents - Appellees

---

**JUDGMENT**

**Entered: June 17, 2004**

By order entered May 28, 2004, appellant was directed to show cause in writing as to why this appeal should not be dismissed as duplicative of Appeal No. 04-1679. Appellant was warned that failure to respond by June 11, 2004 would lead to dismissal for lack of diligent prosecution.

Appellant having failed to file a timely response, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Local Rule 3(b). Defendant's appeal shall proceed under No. 04-1679.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_[signature]_
Deputy Clerk

Date: 6/17/04

By the Court:
Richard Cushing Donovan, Clerk.

By: **MARK R. SYSKA**
Chief Deputy Clerk.

[cc: Euclides Martin, Michael Sullivan, AUSA, Dina Chaitowitz, AUSA]