# United States Court of Appeals
## For the First Circuit

No.   04-1679

EUCLIDES F. MARTIN

Petitioner - Appellant

v.

JAMES JOHNSTON, New Orleans, US Immigration & Naturalization Services; IMMIGRATION AND NATURALIZATION SERVICE, Oakdale, Louisiana

Respondents - Appellees

### JUDGMENT

Entered: September 23, 2004

By order entered 8/30/04, appellant was directed to show cause in writing as to why this appeal should not be dismissed for lack of jurisdiction. Appellant was warned that failure to respond by 9/13/04 would lead to dismissal for lack of diligent prosecution.

Appellant having failed to file a timely response, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Local Rule 3(b).

fied and Issued as Mandate  
er Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date:

By the Court:  
Richard Cushing Donovan, Clerk

By: __JULIE GREGG__  
Operations Manager

[cc: Euclides F. Martin, Michael J. Sullivan, USA, Dina Michael Chaitowitz, AUSA ]